No. 924.   TOM WING ART *v.* CARMICHAEL, DISTRICT DIRECTOR OF THE U. S. IMMIGRATION AND NATURALIZATION SERVICE.   June 2, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William H. Wylie* for petitioner.   *Solicitor General Biddle, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for respondent.

No. 1046.   THE PRESS CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   June 2, 1941.   Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied.   *Mr. Elisha Hanson* for petitioner.   *Solicitor General Biddle* and *Messrs. Arnold Raum, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf* for respondents.

No. 1052.   REED & PRINCE MANUFACTURING CO. *v.* NATIONAL LABOR RELATIONS BOARD.   June 2, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.   *Mr. Charles B. Rugg* for petitioner. *Solicitor General Biddle* and *Messrs. Richard H. Demuth, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf* for respondent.

No. 1056.   SINGER MANUFACTURING CO. *v.* NATIONAL LABOR RELATIONS BOARD.   June 2, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. Frederick H. Wood* for petitioner.   *Solicitor General Biddle* and *Messrs. Arnold Raum, Robert B. Watts, Laurence A. Knapp,* and *Morris P. Glushien* for respondent.